# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

MJ- **07-00001**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ___ No _X_**  **Matter to be sealed: ___ Yes _x_ No**

Defendant Name ___Mariano C. Salas___

Alias Name _____

Address _____

___Barrigada, GU___

Birthdate _Xx/xx/1958_ SS# _xxx-xx-4216_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

SAUSA ___Kristin D. St. Peter___

**Interpreter:** _X_ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED**
**JAN - 9 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___3___   ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy | I |
| Set 2 | 5 GCA 63121; 18 USC 7(3); 18 USC 13; 16 USC3372 | Unlawful Taking of Wild Animal | II |
| Set 3 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | III |
| Set 4 | | | |

(May be continued on reverse)

Date: _1/9/07_   Signature of AUSA: _J.W. St.P_